# EXHIBIT 2

| U.S. DEPARTMENT OF JUSTICE  
DRUG ENFORCEMENT ADMINISTRATION | **CONSENTIMIENTO A SER REGISTRADO** |

1. SE ME HA PEDIDO QUE AUTORICE A AGENTES ESPECIALES DE LA ADMINISTRACION DE CONTROL DE DROGAS A REGISTRAR: (Describir la persona, lugar o cosas a registrar.)

   1) Samsung [redacted]

   2) sim card

2. NO HE SIDO AMENAZADO/A, NI FORZADO/A DE NINGUNA MANERA.

3. YO HE CONSENTIDO LIBREMENTE A ESTE REGISTRO.

Fecha: 10/16/20  9:15 AM

Firma: Gregory Crawford

Testigos: Mike Ahern SA DEA

SA Robert Lukens

DEA Form (Jan. 2005) - **88a**

U.S. DEPARTMENT OF JUSTICE
DRUG ENFORCEMENT ADMINISTRATION

**CONSENTIMIENTO A SER REGISTRADO**

1. SE ME HA PEDIDO QUE AUTORICE A AGENTES ESPECIALES DE LA ADMINISTRACION DE CONTROL DE DROGAS A REGISTRAR: (Describir la persona, lugar o cosas a registrar.)

   1- Black "Huawei" Cell Phone.

   Code: ▮

2. NO HE SIDO AMENAZADO/A, NI FORZADO/A DE NINGUNA MANERA.

3. YO HE CONSENTIDO LIBREMENTE A ESTE REGISTRO.

Oct 16, 2020
Fecha

Junior Alberto Valencia cava
Firma

Testigos:  TFO Muvdi
           SA Ahern
           SA Robert Lukens

DEA Form - 88a
(Jan. 2005)

U.S. DEPARTMENT OF JUSTICE
DRUG ENFORCEMENT ADMINISTRATION

**CONSENTIMIENTO A SER REGISTRADO**

1. SE ME HA PEDIDO QUE AUTORICE A AGENTES ESPECIALES DE LA ADMINISTRACION DE CONTROL DE DROGAS A REGISTRAR: (Describir la persona, lugar o cosas a registrar.)

1) Huawei (Android) ▮▮▮▮▮

PIN: ▮▮▮▮

2) Jump drive, DT50, Kingston



2. NO HE SIDO AMENAZADO/A, NI FORZADO/A DE NINGUNA MANERA.

3. YO HE CONSENTIDO LIBREMENTE A ESTE REGISTRO.

10/16/20
9:15 AM
Fecha

Firma: Jason Arguedas

Testigos:
William Marrero SA HSI
Mike Ahern SA DEA
SA Rob Likens, DEA

DEA Form - 88a
(Jan. 2005)

**U.S. DEPARTMENT OF JUSTICE**
**DRUG ENFORCEMENT ADMINISTRATION**

## CONSENTIMIENTO A SER REGISTRADO

1. SE ME HA PEDIDO QUE AUTORICE A AGENTES ESPECIALES DE LA ADMINISTRACION DE CONTROL DE DROGAS A REGISTRAR: (Describir la persona, lugar o cosas a registrar.)

   Huawei cellphone, black

   

2. NO HE SIDO AMENAZADO/A, NI FORZADO/A DE NINGUNA MANERA.

3. YO HE CONSENTIDO LIBREMENTE A ESTE REGISTRO.

10/16/20
Fecha

x DAVid
Firma

Testigos: SA Robert Lekens
         TFO Carlos Nuvd

**DEA Form - 88a**
**(Jan. 2005)**